UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


IN RE:                                                              CASE NO: 04-32053PNS3
                                                                       CHAPTER 7

    STEELE, JR., NORMAN ARTHUR

    DEBTOR( S)

_____/


MOTION TO DISMISS

SHERRY FOWLER CHANCELLOR, TRUSTEE,  hereby files her Motion to

Dismiss this proceeding pursuant to 11 U.S.C. 707(a), and as grounds therefore will

show:

1.  On August 09, 2004,  the Debtor file a petition for relief under Chapter 7 of

the Bankruptcy Code.

2.  The First Meeting of Creditors was held on October 6, 2004.  The Debtor

testified that at the time of filing his motor home was parked at his son's house in

Orlando,  Florida  and he is currently parked at Styx River, Alabama.   He testified he had

not had the motor home parked in Escambia, Santa Rosa, Okaloosa or Walton County in

the 180 day period prior to filing herein.

3.    Pursuant to 11 U.S.C. §1408 of the Bankruptcy Code states that the case

under title 11 may be commenced in the District Court for the district in which the

domicile, residence, principal place of business of the person or entity that is the subject

of such case have been located for the one hundred and eighty days immediately

preceding such  commencement, or for a longer portion of such one-hundred-and-eighty-

day period.

4.  Debtor is not entitled to file a Petition in the Northern District of Florida.

WHEREFORE,  the Trustee prays that the case be dismissed, and for such other

and further relief as is just and proper.

/s/ Sherry F. Chancellor
SHERRY FOWLER CHANCELLOR
Fl Bar No. 434574
6050 North 9th Avenue
Pensacola, Florida  32504
(850) 478-3409


CERTIFICATE OF SERVICE
I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to
Dismiss was sent to Amy Logan Sliva, 313 West Gregory Street, Pensacola, Florida
32502; and CHARLES F. EDWARDS , 110 East Park Avenue, #128, Tallahassee,
Florida 32301, electronically and by regular U. S. Mail, this 12th day of October, 2004.

/s/ Sherry F. Chancellor
SHERRY FOWLER CHANCELLOR